CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARK JORDAN, | ) | |
| | ) | Civil Action No. 7:10-cv-00491 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRISTOPHER ZYCH, | ) | |
| | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Mark Jordan's petition for writ of habeas corpus is

**DISMISSED**. All other pending motions are **DENIED** and this matter shall be **STRICKEN**

from the active docket of the court.

**ENTER**: June 15, 2011.

UNITED STATES DISTRICT JUDGE